1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WAYNE GORDON,                          No.  2:16-cv-1212 CKD P

12                  Plaintiff,

13        v.                                 ORDER

14   B. DUFFY, et al.,

15                  Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

18   Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days,

19   whether they have any objection to the dismissal of this action.  Should defendants fail to

20   respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

21   Dated:  April 5, 2017

22                                          _____
                                            CAROLYN K. DELANEY
23                                          UNITED STATES MAGISTRATE JUDGE

24

25

26   1/kly
     gord1212.59a
27

28