UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GORDON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. DUFFY, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1212 CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Defendants do not object. Accordingly, this action is dismissed pursuant to Federal Rule of Procedure 41(a)(2).

Dated: April 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
gord1212.dis